# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

**COURT MINUTES**

Grant Park Association,

Plaintiff,

v.

Fireman's Fund Insurance Company,

Defendant.

BEFORE: Dulce J. Foster
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 25-cv-3364 (JRT/DJF) |
| Date: | May 15, 2026 |
| Venue: | Zoom Video Hearing |
| Court Reporter: | Paula Richter |
| Recording: | Zoom Recording |
| Time Commenced: | 1:30 P.M. |
| Time Concluded: | 2:27 P.M. |
| Time in Court: | 57 Minutes |

**APPEARANCES:**

Plaintiff: Primary Counsel – Ian McCoy
Defendant: Primary Counsel – Daniel J. Millea; Counsel – Megan Elizabeth Shutte
Kurt Ehlers, Kurpen Incorporated: Counsel - Bradley K. Hammond
Paul A. Norcia, Norcia Insurance Consultants: Counsel – Christopher H. Yetka

**PROCEEDINGS:** The parties presented oral argument regarding Third-Parties Kurt Ehlers and Kurpen Incorporated's *Motion to Quash Subpoena and for Sanctions* (ECF No. 31), Third-Parties Paul A. Norcia and Norcia Insurance Consultants' *Motion to Quash Subpoena* (ECF No. 39), and Defendant Fireman's Fund Insurance Company's ("FFIC") *Motion to Compel* (ECF No. 45).

Based on the Motion and supporting documents, and for the reasons stated on the record, the Court **GRANTED IN PART** and **DENIED IN PART** the *Motion to Quash Subpoena and for Sanctions* (ECF No. 31), **GRANTED IN PART** and **DENIED IN PART** the *Motion to Quash Subpoena* (ECF No. 39), and **GRANTED IN PART** and **DENIED IN PART** the *Motion to Compel* (ECF No. 45) as follows:

1. By **July 6, 2026**, Third-Parties Kurt Ehlers, Kurpen Incorporated, Paul A. Norcia, and Norcia Insurance Consultants are ordered to produce:

   a. All documents and communications related to the timing of Plaintiff's June 19 revised claim submission and the appraisal panel's consideration of that timing in reaching their decision.

   b. All documents and communications relating to FFIC's July 8, 2025 request that the appraisal be halted.

   c. All documents and communications relating to when the final appraisal decision was actually made and when it was dated, including documents and communications relating to whether the final appraisal decision was made before or after FFIC's demand that the appraisal be halted and whether a decision was made to backdate the award.

1

2.    Third-Parties Kurt Ehlers, Kurpen Incorporated, Paul A. Norcia, and Norcia Insurance Consultants' motions to quash (ECF Nos. 31, 39) are GRANTED and FFIC's *Motion to Compel* (ECF No. 45) is DENIED as to documents and communications not relating to the aforementioned categories; and

3.    FFIC is ordered to pay Third-Parties Kurt Ehlers, Kurpen Incorporated, Paul A. Norcia, and Norcia Insurance Consultants' reasonable costs for the time and effort expended collecting these materials.  The Third-Parties shall track their time and submit a reasonable reimbursement request to FFIC.  This award does not include attorneys' fees.

☐ORDER TO BE ISSUED  ☒**NO ORDER TO BE ISSUED** ☐R&R TO BE ISSUED ☒**NO R&R TO BE ISSUED**
☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

Date: June 15, 2026                    /s *William Chorba*
                                       Law Clerk